THE BROOKLYN CITY RAILROAD COMPANY, Respondent,
v. GROVER A. WHALEN, Individually and as Commissioner of Plant and Structures of the City of New
York, Appellant.

*New York city — bus and stage lines — street railways — when complaint, in action by street railway to enjoin operation by city of bus or
stage line paralleling its tracks, states cause of action.*

*Brooklyn City R. R. Co.* v. *Whalen,* 191 App. Div. 737, affirmed.

(Argued June 4, 1920; decided June 11, 1920.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the second judicial
department, entered May 11, 1920, which affirmed an
order of Special Term granting a motion for a temporary
injunction to restrain the operation of certain motor
bus routes in the city of Brooklyn. The following
questions were certified: "*First.* Does the complaint
herein state a cause of action for an injunction? *Second.*
Has the board of estimate and apportionment of the
city of New York power to authorize the commissioner
of plant and structures of said city legally to establish,
to maintain and to work motor vehicle lines in the streets
of the said city? *Third.* Do the Public Service Commissions Law and the Transportation Corporations Law
apply to motor vehicle lines which are attempted to be
worked by the commissioner of plant and structures of
the city of New York under vote therefor from the board
of estimate and apportionment of said city? *Fourth.*
Does section 74 of the Greater New York charter apply
to motor vehicle lines attempted to be worked by the
commissioner of plant and structures of the city of New
York under the vote of the board of estimate and
apportionment of said city?" The plaintiff, a street
railroad company, owns and operates lines of surface cars
in Brooklyn. In the fall of 1919 the board of estimate
and apportionment authorized the defendant to operate
motor vehicles for the carrying of passengers on certain
prescribed routes. Pursuant thereto he established
routes, and under his authority and supervision lines of

motor vehicles, stages or omnibuses are running over the routes specified in the order and paralleling the tracks of the plaintiff company. This action was brought to enjoin the defendant from maintaining and operating the stage lines of motor vehicles.

*John P. O'Brien*, Corporation Counsel (*William B. Carswell, Joseph A. Devery* and *Edward G. Nelson* of counsel), for appellant.

*Jackson A. Dykman* and *William N. Dykman* for respondent.

*Terence Farley* for Public Service Commission of State of New York (First District).

*Henry L. Stimson* and *Allen T. Klots* for receiver of New York Railways Company, intervening.

*Louis Marshall* for Edward Schafer, intervening.

Order affirmed, with costs; first question certified answered in the affirmative; remaining questions unnecessary and not answered; no opinion.

Concur: HISCOCK, Ch., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.